**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7195**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

SPENCER BOWENS, a/k/a Scooter, a/k/a Clyde, a/k/a Melvin
McCurdy, a/k/a Doc Johnson,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge. (3:98-cr-00110-REP-1)

_____

Submitted:  September 11, 2012    Decided:  September 14, 2012

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Spencer Bowens, Appellant Pro Se.  Katherine Lee Martin,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Bowens appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find that the district court correctly concluded that Bowens is not eligible for a reduction of sentence. Accordingly, we affirm. United States v. Bowens, No. 3:98-cr-00110-REP-1 (E.D. Va. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2